UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SERGEI FEDOROV,

        Plaintiff,

vs.

HYMAN LIPPITT, P.C., DOUGLAS A.
HYMAN, NORMAN L. LIPPITT, and
BRIAN D. O'KEEFE,

        Defendants.

Case No. 2:09-cv-14077-DPH-VMM

Honorable Denise Page Hood

Mag Judge Virginia Morgan

## JOINT PROPOSED DISCOVERY PLAN

Plaintiff Sergei Fedorov and Defendants Hyman Lippitt, P.C., Douglas A. Hyman, Norman L. Lippitt, and Brian D. O'Keefe, by and through their respective attorneys, respectfully submit this Joint Proposed Discovery Plan, in accordance with Rule 26(f) of the Federal Rules of Civil Procedure ("Rule 26(f)").

Counsel for Plaintiffs and Defendants conducted a conference on November 20, 2009, to discuss each of the issues set forth in Rule 26(f). The parties now jointly submit this proposed discovery plan with regard to the enumerated issues set forth in Rule 26(f):

1. The parties agreed to stipulate and propose to make their disclosures required by Rule 26(a)(1) on or before December 11, 2009, rather than December 4, 2009.

2. The parties agreed to conduct discovery in a period through September 2010.

3. The parties discussed the existence of electronically stored information, including e-mails. The parties agreed to produce such information initially information in paper form, without

prejudice to a party's right to seek the production of such information in electronic form at a later date.

4.  The parties discussed the entry of a protective order with regard to disclosure of certain categories of financial and other confidential information. A proposed protective order will be submitted via motion unless the parties determine that it can be accomplished via stipulation and proposed order.

5.  The parties generally discussed the anticipated need for enlargements with regard to Rules 30(a)(2)(a), 30(d)(1) and 33(a) of the Federal Rules of Civil Procedure. Plaintiff believes that up to 20 depositions per side would be an appropriate enlargement, while Defendants believe that up to 15 deposition per side would be an appropriate enlargement, without prejudice to parties' seeking additional enlargements by way of stipulation and proposed order or motion. The parties also agreed that the deposition of non-party Joseph Zada should not be limited to 1 day of 7 hours, without prejudice to parties' seeking additional enlargements by way of stipulation and proposed order or motion.

6.  The parties did not identify any other orders that should be entered by the Court under Rule 26(c) or under Rule 16(b) and (c).

THE GOOGASIAN FIRM, P.C.

By /s/ Thomas H. Howlett
   George A. Googasian (P14185)
   Thomas H. Howlett (P57346)
   Dean M. Googasian (P53995)
Attorneys for Plaintiffs
6895 Telegraph Road
Bloomfield Hills, MI 48301-3138
248/540-3333
E-mail: thowlett@googasian.com
       dgoogasian@googasian.com

Dated: December 4, 2009

MADDIN, HAUSER, WARTELL,
  ROTH & HELLER, P.C.

By /s/ Kathleen H. Klaus (with permission)
   Harvey R. Heller (P27351)
   Steven M. Wolock (P348497)
   Kathleen H. Klaus (P67207)

Attorneys for Defendants
28400 Northwestern Highway, 3rd Floor
Southfield, Michigan 48304
248/354-4030
E-mail: HRH@maddinhauser.com
       SMW@maddinhauser.com
       KHK@maddinhauser.com

Dated: December 4, 2009